**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6711**

ROBERT LARRY JEFFREY, JR.,

                                    Petitioner - Appellant,

         versus

UNITED STATES OF AMERICA,

                                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:06-hc-00039-H)

Submitted: November 21, 2006          Decided:  November 29, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Larry Jeffrey, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Larry Jeffrey, Jr., a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), challenging the validity of his sentence under United States v. Booker, 543 U.S. 220 (2005), and Blakely v. Washington, 542 U.S. 296 (2004). The district court denied the petition for lack of jurisdiction under § 2241. Jeffrey argues on appeal that 28 U.S.C. § 2255 (2000) is inadequate and ineffective to test the legality of his detention, contending that his sentencing claim should be considered in the context of his § 2241 petition. Because Jeffrey does not meet the standard under In re Jones, 226 F.3d 328, 333-34 (4th Cir. 2000), we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED